

# Fourth Court of Appeals
## San Antonio, Texas

February 24, 2015

No. 04-14-00769-CV

**IN THE INTEREST OF G.C.D**., a child,

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-00697
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

In this accelerated appeal of an order terminating the parental rights of each parent, the child's mother and father filed separate notices of appeal and separate briefs. The mother's brief was filed first; the father's brief was filed on January 13, 2015. The State's brief was due on February 2, 2015. *See* TEX. R. APP. P. 38.6(b). The State elected to have one of its attorneys file a brief addressing the father's appellate issues and a separate attorney file a brief addressing the mother's appellate issues.

On January 22, 2015, this court granted the State's first motion for an extension of time to file its brief until February 9, 2015. On February 2, 2015, the State filed a second motion for a thirty-day extension of time to file a second brief until March 4, 2015. We granted the State's motion in part, and set the brief due on March 2, 2015. *See id.* R. 38.6(b), (d).

On February 18, 2015, the State notified this court that reporter's records for four hearings have not been filed. We are mindful of the court reporters' excessive workload, but this court must issue its opinion and judgment by May 4, 2015, and time is of the essence. *See* TEX. R. JUD. ADMIN. 6.2, *available at* http://www.txcourts.gov/media/514710/ RJA_20120501.pdf (directing courts of appeals to dispose of SAPCR suits "[w]ithin 180 days of the date the notice of appeal is filed"). For this reason, we encourage the court reporters and the State to file their respective documents as quickly as possible.

We ORDER court reporter David R. Zarate to prepare, certify, and file within TEN DAYS of the date of this order reporter's records for hearings held on the following dates:

- Status hearing May 20, 2013
- Permanency hearing September 23, 2013

We ORDER court reporter Herminia Torres to prepare, certify, and file within TEN DAYS of the date of this order reporter's records for hearings held on the following dates:

- Permanency hearing February 3, 2014
- Permanency hearing June 2, 2014

If either named reporter did not take a record of a hearing on the dates listed, we ORDER the court reporter to notify this court of that fact within THREE WORK DAYS of the date of this order.

The State's February 19, 2015 motion is GRANTED IN PART. The State must file its brief with this court within TWENTY DAYS after the reporters' records have been filed. *See* TEX. R. APP. P. 38.6(b), (d). **NO FURTHER EXTENSIONS OF TIME TO FILE THE STATE'S BRIEF WILL BE GRANTED.**

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of February, 2015.

_____
Keith E. Hottle
Clerk of Court